The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRIMA KK DIVITIAE CORP.,

    Petitioner,

v.

AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON.COM, INC., a Delaware corporation,

    Respondents.

No. 2:25-cv-01243-TL

STIPULATED MOTION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE ARBITRATION AWARD AND CROSS-MOTION TO CONFIRM ARBITRATION AWARD

NOTE ON MOTION CALENDAR:
October 1, 2025

**STIPULATED MOTION**

Petitioner PRIMA KK DIVITIAE CORP. ("Petitioner" or "PKK") and Respondents Amazon.com Services LLC and Amazon.com, Inc. ("Respondents") jointly move the Court to enter the below stipulated order setting forth a briefing schedule for Petitioner's motion to vacate the arbitration award at issue and Respondents' cross-motion to confirm that same arbitration award. In support of this Stipulated Motion, the parties state the following:

1.    Petitioner filed its Petition to Vacate Arbitration Award on July 1, 2025, commencing this action under Section 10 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et. seq.*, to vacate a final award entered in an arbitration proceeding between the parties Dkt. 1.

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE (2:25-cv-01243-TL) - 1
4920-5363-5947v.3 0051461-007870

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

2. Pursuant to the FAA, Petitioner intends to file a motion to vacate that arbitration award, and Respondents intend to file a cross-motion to confirm that same award.

3. To facilitate the parties' orderly submission of related papers to the Court, their respective counsel have met and conferred, and jointly request and propose the following briefing schedule for their respective motions:

| Event | Due Date |
|---|---|
| Petitioner's motion to vacate arbitration award | October 10, 2025 |
| Respondents' opposition to Petitioner's motion and Respondents' cross-motion to confirm arbitration award | November 14, 2025 |
| Petitioner's opposition to Respondents' cross-motion and reply in support of Petitioner's motion | December 3, 2025 |
| Respondents' reply in support of cross-motion | December 17, 2025 |
| **Noting Date for motion and cross-motion** | **December 17, 2025** |

Should the above-proposed dates be inconvenient for the Court, the parties respectfully request the entry of a briefing schedule set at the same intervals that suits the Court's schedule and convenience.

STIPULATED this 1st day of October, 2025.

AMZ SELLERS ATTORNEY
*Attorney for Petitioner DOTCOM LLC.*

By *s/ Michael S. Brandt*
Michael S. Brandt, WSBA #29200
9350 Wilshire Blvd, Suite 203
Beverly Hills, CA 90212
Telephone: (310) 867-6072
Email: michael@amazonsellers.attorney
         brandtmichaelsteven@gmail.com

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Respondents Amazon.com Services LLC and Amazon.com, Inc.*

By *s/ Ian Harris*
John Goldmark, WSBA #40980
Ian Harris, WSBA # 59391
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Email: johngoldmark@dwt.com
         ianharris@dwt.com

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE (2:25-cv-01243-TL) - 2
4920-5363-5947v.3 0051461-007870

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

# [PROPOSED] ORDER

The parties jointly moved the Court for a briefing schedule for Petitioner's motion to vacate the arbitration award and Respondents' cross-motion to confirm the arbitration award. The briefing deadlines are hereby set for the following dates:

| Event | Due Date |
| --- | --- |
| Petitioner's motion to vacate arbitration award | October 10, 2025 |
| Respondents' opposition to Petitioner's motion and Respondents' cross-motion to confirm arbitration award | November 14, 2025 |
| Petitioner's opposition to Respondents' cross-motion and reply in support of Petitioner's motion | December 3, 2025 |
| Respondents' reply in support of cross-motion | December 17, 2025 |
| **Noting Date for motion and cross-motion** | **December 17, 2025** |

IT IS SO ORDERED.

Dated this 6th day of October, 2025.

_____
Tana Lin
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE (2:25-cv-01243-TL) - 3
4920-5363-5947v.3 0051461-007870

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150