UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRIMA KK DIVITIAE CORP.,

Petitioner,

v.

AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON.COM, INC., a Delaware corporation,

Respondents.

CASE NO. 2:25-cv-01243-TL

MINUTE ORDER

This matter is before the Court on its own motion.

On **August 24, 2026**, the Court issued an order requiring Petitioner to deliver an overdue courtesy copy of its Motion to Vacate Final Arbitration Award and attachments by **August 31, 2026**. Dkt. No. 17. No extension of the deadline has been sought or given, and no courtesy copy has been received by the Court.

Accordingly, it is hereby ORDERED that Plaintiff shall deliver a courtesy copy of its Motion to Vacate Final Arbitration Award and its attachments (Dkt. Nos. 12 to 12-8) to the Clerk

of Court by **October 6, 2026**, or otherwise show cause by the same date why Plaintiff should not be sanctioned for failing to comply with the Court's prior order. Absent a timely and satisfactory response to this Order, Plaintiff may be subject to monetary or other sanctions.

Dated this 1st day of October, 2026.

Tana Lin
United States District Judge